### (June 16, 1972)

■ In the Matter of GEORGE JEMZURA, Petitioner, v. JOHN MYERS, JR., as Town Justice of the Town of North Norwich, Respondent.— Motion to dis-

miss petition, brought pursuant to section 429 of the Judiciary Law, granted and petition dismissed, without costs. Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Reynolds, JJ., concur.